**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-30289 |
| | ) | |
| DISTRICT 9 BREWING COMPANY, | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN OF
REORGANIZATION AND NOTICE OF HEARING**

THE UNITED STATES OF AMERICA, on behalf of the Internal Revenue Service ("IRS"), through Dena J. King, United States Attorney for the Western District of North Carolina, and the undersigned counsel, objects to Debtor's Amended Chapter 11 Plan of Reorganization (Doc. 101) for the following reasons:

1. Debtor filed this Chapter 11 subchapter V bankruptcy petition on March 29, 2024. (Doc. 1.) The Service filed a tax claim on May 7, 2024, reflecting an unsecured priority claim for $52,769.86. (Claim No. 8-1.)

2. The Plan is not feasible. The IRS's priority claim in the amount of $52,769.86 is not included in the Plan and no amended plan has been filed that accounts for the claim.

3. Moreover, Debtor is delinquent in filing tax returns and has not filed the requisite Form 941s for each quarter of 2023 and the first quarter of 2024, and Form 940 for the fourth quarter of 2023.[1] The Plan therefore cannot be confirmed. 11 U.S.C. § 1106(a)(6) ("A trustee

---

[1] It appears Community Brewing Ventures LLC (Andrew Durstewitz as Sole Member), 1138 Treynorth Dr. Ste. C, Cornelius, NC 28031-8186 assumed the role of paying Debtor's employment taxes beginning in the first quarter of 2023 and is current through the first quarter of 2024. However, the IRS has been unable to verify this due to the delinquent return of requested information. The Service's estimates on Debtor's tax liability will remain until the missing returns are fully processed or Debtor proves that Community Brewing Ventures LLC assumed paying such employment taxes in 2023. Debtor may do so by (i) providing an affidavit to that effect which specifies that Debtor had the filing requirements closed for District 9 Brewing Ventures, LLC for Forms 940 and 941 (specifying the date of closure), and (ii) that the three companies implicated and/or otherwise tangentially involved in the instant bankruptcy (d/b/a Bevana Partners, d/b/a Community Brewing Ventures, LLC, d/b/a D9 Brewing Company) be consolidated with Debtor District 9 Brewing Company.

shall . . . for any year for which the debtor has not filed a tax return required by law, furnish, without personal liability, such information as may be required by the governmental unit with which such tax return was to be filed[.]"); *id.* § 1107(a) ("[A] debtor in possession . . . shall perform all the functions and duties . . . of a trustee serving in a case under this chapter"); *id.* § 1129(a)(2) (chapter 11 plan cannot be confirmed unless "[t]he proponent complies with the applicable provisions of this title"); *cf. In re Action Video, Inc.*, No. 02-52402, 2003 WL 21350081, at *2 (Bankr. M.D.N.C. June 9, 2003) (stating that, under section 1107, "a debtor-in-possession shall perform all the functions and duties of a trustee serving in a case under Chapter 11 of the Bankruptcy Code. Section 1106 sets forth the duties of the trustee, including the duty to file income tax returns and pay taxes on the income attributable to the debtor"); *In re Brennan*, 187 B.R. 135, 147 (Bankr. D.N.J. 1995), *rev'd on other grounds*, *In re First Jersey Sec., Inc.*, 180 F.3d 504 (3d Cir. 1999) (stating that Bankruptcy Code sections 1106(a)(6) and 1107(a) impose a duty on debtors in possession to file required tax returns); 11 U.S.C. § 1112(b)(4)(I) (case subject to conversion/dismissal for failure to pay postpetition taxes).

4.  A hearing has been proposed for August 6, 2024, at 9:30 a.m., or as soon thereafter as may be heard, in the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, 401 West Trade Street, Charlotte, North Carolina, 28202.

WHEREFORE, the United States requests that the Court deny confirmation of the Plan or provide such other relief as the Court deems appropriate.

This the 16th day of July, 2024.

Respectfully submitted,

DENA J. KING
UNITED STATES ATTORNEY

**s/Jonathan M. Warren**
JONATHAN M. WARREN
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar No. 53653
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Tel: 704-227-0182
Email: Jonathan.Warren@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-30289 |
| | ) | |
| DISTRICT 9 BREWING COMPANY, | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**NOTICE OF HEARING ON UNITED STATES OF AMERICA'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION**

TO:  Debtor, Attorney for Debtor, Trustee, and other parties in interest.

NOTICE is given that the United States has filed the following:

**OBJECTION TO CONFIRMATION OF DEBTOR'S
CHAPTER 11 PLAN OF REORGANIZATION**

TAKE FURTHER NOTICE that the United States requests that a hearing be set on the NOTICE OF HEARING ON UNITED STATES OF AMERICA'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION for August 6, 2024, at 9:30 a.m., or as soon thereafter as may be heard, in the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, 401 West Trade Street, Charlotte, North Carolina, 28202.

Respectfully submitted, this the 16th day of July, 2024.

DENA J. KING
UNITED STATES ATTORNEY

**s/Jonathan M. Warren**
JONATHAN M. WARREN
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar No. 53653
227 West Trade Street
Suite 1650, Carillon Building
Charlotte, NC 28202
Tel: 704-227-0182
Email: Jonathan.Warren@usdoj.gov

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 24-30289<br>Western District of North Carolina<br>Charlotte<br>Mon Jul 15 09:38:23 EDT 2024 | District 9 Brewing Company<br>9815 Sam Furr<br>Suite J313<br>Huntersville, NC 28078-4979 | Kapitus Servicing, Inc.<br>c/o Andrew Hutchinson<br>602 Sevier Street, Ste. 300<br>602 Sevier Street, Suite 300<br>Johnson City, TN 37604-7561 |
| U.S. Bankruptcy Administrator Office<br>401 W. Trade Street<br>Suite 2400<br>Charlotte, NC 28202-1633 | Charlotte Division<br>401 West Trade Street<br>Charlotte, NC 28202-1633 | A&A Sales Inc.<br>618 Turnersburg Hwy<br>Charlotte, NC 28265 |
| ARL Transport, LLC<br>PO Box 809374<br>Chicago, IL 60680-9374 | ASCAP<br>P.O. Box 331608<br>Nashville, TN 37203-7515 | Aarmark<br>2680 Palumbo Drive<br>Lexington, KY 40509-1234 |
| Aaron Gore<br>568 Sixth Baxter Xing<br>Fort Mill, SC 29708-6428 | Aaron Weinstock<br>1540 Coddle Creek Highway<br>Mooresville, NC 28115-8244 | Abbie and Carrie Rosario<br>15546 Crossing Gate Drive<br>Cornelius, NC 28031-8110 |
| Achonor Security & Locksmith<br>20821 N. Main Street<br>Suite A<br>Cornelius, NC 28031-8826 | Alcohol Tobacco and Firearms<br>99 New York Avenue<br>Washington, DC 20226-0015 | Alzheimers Association<br>4600 Park Rd.<br>Suite 350<br>Charlotte, NC 28209-0031 |
| Andrew Durstewitz<br>126 Anniston Way<br>Davidson, NC 28036-7790 | Andy Oxy Co., Inc.<br>P.O. Box 6389<br>Asheville, NC 28816-6389 | Apex Flowers<br>1361 Brass Mill Rd<br>Belcamp, MD 21017-1213 |
| Archie Not Bald, LLC<br>c/o R. Gregory Tomchin, Esq.<br>7257 Pineville-Matthews Road, Suite 2100<br>Charlotte, NC 28226-6186 | Ariel Bouskila<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 | Arryved<br>3002 Sterling Cir,<br>Ste 100<br>Boulder, CO 80301-2353 |
| Ateches Brewingams<br>3361 Dogwood Dr.<br>Atlanta, GA 30354-1439 | Atlantic Forklift Service<br>5590 David Cox Rd.<br>Charlotte, NC 28269 | Auto-Chlor System<br>210 Cember Way<br>Ste E<br>Summerville, SC 29483-5431 |
| B&B Distributors, Inc.<br>1600 Porter Rd.<br>Rock Hill, SC 29730-8608 | B. Chad Ewing<br>Womble Bond Dickinson (US), LLP<br>301 S. College Street<br>Suite 3500<br>Charlotte, NC 28202-6050 | B. Chad Ewing<br>Womble Bond Dickinson LLP<br>301 South College Street<br>Suite 3500<br>Charlotte, NC 28202-6050 |
| BGW CPA, PLLC<br>1616 Camden Rd.<br>Suite 510<br>Charlotte, NC 28203-6584 | BMI<br>10 Music Square East<br>Nashville, TN 37203-4321 | Babst Calland Clements and Zomnir P.C.<br>2 Gatewa Center<br>603 Stanwix St.<br>6th Floor<br>Pittsburgh, PA 15222-1425 |

| | | |
|---|---|---|
| Bank of the West<br>475 Sansome St.<br>San Francisco, CA 94111-3172 | Ben Yanbeck<br>2182 Georgia Road<br>Franklin, NC 28734-7328 | Benjamin and Barbara Rojahn<br>12124 Farnborough Road<br>Huntersville, NC 28078-3731 |
| Bishop, Dulaney, Joyner & Abner, PA<br>451 Sharon Rd.<br>Suite 250<br>Charlotte, NC 28211 | Blanchard Miller Lewis & Isley P.A.<br>1117 Hillsborough St.<br>Raleigh, NC 27603-1505 | Blue Fly Farms NC, LLC<br>11106 Treynorth Dr.<br>Cornelius, NC 28031-8189 |
| Blue Ridge Humane Society<br>100-B Chadwick Square Court<br>Hendersonville, NC 28739-3233 | Brady Trane Service, Inc.<br>P.O. Box 13587<br>Greensboro, NC 27415-3587 | Brandon Helms<br>6814 Norman Island Dr.<br>Cornelius, NC 28031-8660 |
| Bristol Two Time Brewery and Taproom, LLC<br>B. Chad Ewing<br>Womble Bond Dickinson (US), LLP<br>301 S. College Street, Suite 3500<br>Charlotte, NC 28202-6050 | Bristol Two-Time Brewery & Taproom<br>7951 Collin McKinney<br>Pkwy #150<br>McKinney, TX 75070-7823 | Broadcast Music Inc.<br>10 Music Square East<br>Nashville, TN 37203-4399 |
| CHTD Company<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | CT Corproation System<br>330 N. Brand Blvd,<br>Suite 700<br>Glendale, CA 91203-2336 | Carl and Rose Racano<br>235 Harbor Landing Dr.<br>Mooresville, NC 28117-9444 |
| Carolina Climbers Coalition<br>13 Goldview Dr<br>Asheville, NC 28804-9775 | Carolina Mills<br>P.O. Box 157<br>Maiden, NC 28650-0157 | Carruthers & Roth PA<br>235 N. Edgeworth St.<br>Greensboro, NC 27401-2217 |
| Carruthers & Roth, P.A.<br>235 North Edgeworth Street<br>Greensboro, NC 27401-2217 | Catawba County<br>25 Government Drive<br>Newton, NC 28658-3965 | Catawba County Tax Collector<br>P.O. Box 368<br>Newton, NC 28658-0368 |
| Champion Brewing Company, LLC<br>324 6th St.<br>SE<br>Charlottesville, VA 22902-5655 | Champion Comfort Experts<br>49 Reeds Way,<br>Flat Rock, NC 28731-0770 | Cision US Inc.<br>PO Box 417215<br>Boston, MA 02241-7215 |
| City of Hendersonville<br>160 6th Ave.<br>Hendersonville, NC 28792-3775 | City-County Tax Collector<br>PO Box 31637<br>Charlotte, NC 28231-1637 | Community Brewing Ventures<br>9815 Sam Furr Rd.,<br>Unit J<br>Huntersville, NC 28078-4973 |
| Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703-4261 | Covered Bridge Capital<br>126 Anniston Way<br>Davidson, NC 28036-7790 | Dan and Pam Reidy<br>181 Broadview Dr.<br>Mooresville, NC 28117 |

| | | |
|---|---|---|
| Darrin Hucks<br>10370 Ambercrest Ct.<br>Huntersville, NC 28078-4393 | David W. Hood<br>Patrick Harper & Dixon<br>PO Box 218<br>Hickory, NC 28603-0218 | Deron Simmons<br>12005 Willingdon Road<br>Huntersville, NC 28078-5522 |
| Dinesh Patel<br>297 Land O Lakes Court NE<br>Atlanta, GA 30342-4224 | Dustin Branham<br>326 E. Worthington Ave.<br>Charlotte, NC 28203-4712 | EBC LLC d/b/a Big Boss Brewing<br>109 Sheffield Circle<br>Chapel Hill, NC 27517-6514 |
| Encompass Technologies<br>420 Linden St.,<br>Suite 200<br>Fort Collins, CO 80524-2552 | Erik and Susan Arrington<br>1444 Astoria Lane<br>NW Concord, NC 28027-3607 | Extreme Marketing & Promotions<br>9403 Scottsdale<br>Broadview Heights, OH 44147-2361 |
| Foundation Real Estate, Inc.<br>307 S. McLin Creek Rd<br>Conover, NC 28613-9021 | Fred Kanos<br>12601 Withers Cove Rd.<br>Charlotte, NC 28278-6826 | Fuze Integrated, LLC<br>P.O. Box 551<br>Midland, NC 28107-0551 |
| Gary Ulrich<br>4838 Collingswood Dr.<br>Highlands Ranch, CO 80130-8920 | Globaltranz Enterprises, LLC<br>P O Box 203285<br>Dallas, TX 75320-3285 | Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| Greg Brown<br>400 N. Church St. Unit 422<br>Charlotte, NC 28202-2285 | Greg Wells<br>142 Goathill Road<br>Mooresville, NC 28117-7097 | Greg and Cybil Szymanski<br>336 Treetops Drive<br>Stanley, NC 28164-6851 |
| HYG Financial Services, Inc<br>PO Box 35701<br>Billings, MT 59107-5701 | Heidi Badger<br>114 Brooklyn Avenue<br>Hendersonville, NC 28792-6303 | Henderson County Tax Collector<br>200 N. Grove St.<br>Hendersonville, NC 28792-5027 |
| Hoover Guiterez<br>10064 Switchyard Dr.<br>Cornelius, NC 28031-8115 | Hopsteiner<br>725 5th Ave Fl.23<br>New York, NY 10022-2582 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 |
| Invest Catawba<br>P.O. Box 1323<br>Newton, NC 28658-1323 | Iron Heart Canning Company, LLC<br>8025 S. Willow Street, Suite 202<br>Manchester, NH 03103-2311 | Jason Beamer<br>10642 Quarrier Dr.<br>Cornelius, NC 28031-9339 |
| Jay Shott<br>P.O. Box 3818<br>Mooresville, NC 28117-3818 | Jeff Ginger<br>14662 Fuller Road<br>Adams Center, NY 13606-2186 | Jeff Tester<br>2065 Bethany Church Rd.<br>Newton, NC 28658-8211 |

| | | |
|---|---|---|
| Jennifer and Jorge De La Jara<br>1308 Torrence Circle<br>Davidson, NC 28036-9401 | Jim Peal<br>7421 Tallwood Dr.<br>Denver, NC 28037-6512 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, L.L.P.<br>P.O. Drawer 2428<br>858 2nd Street, NE, Suite 200<br>Hickory, NC 28601-3878 |
| Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603-2428 | John Ashcraft<br>2226 S. Thompson St.<br>Davidson, NC 28036 | John C. Woodman<br>Essex Richards P.A.<br>1701 South Boulevard<br>Charlotte NC 28203-4727 |
| John Donoghue<br>20613 Laguna Dr.<br>Cornelius, NC 28031-7113 | John and Sue Ashcraft, Sr.<br>22425 Taylor Rd.<br>Black River, NY 13612-3154 | Josh Drake<br>235 E. Palmer St.<br>Franklin, NC 28734-3049 |
| KDH Ventures, LLC<br>c/o Tim Scaer, Agent<br>PO Box 445<br>Conover, NC 28613-0445 | Kapitus Servicing, Inc.<br>120 West 45th Street<br>4th Floor<br>New York, NY 10036-4041 | Kapitus, LLC<br>2500 Wilson Blvd.<br>Ste 350<br>Arlington, VA 22201-3873 |
| Kay Loftin<br>127 1st Avenue NE<br>Hickory, NC 28601-6206 | Keg Logistics<br>950 Dorman St<br>Indianapolis, IN 46202-3544 | Kelly C. Hanley<br>Williams Mullen<br>301 Fayetteville Street<br>Suite 1700<br>Raleigh, NC 27601-2173 |
| Ken and Sherri Elliot<br>204 W 6th St.<br>Newton, NC 28658-3108 | Kevin Burton<br>18912 Kanawha Dr.<br>Cornelius, NC 28031-8155 | Key Business Strategies<br>986 Berganot Tr.<br>Castle Rock, CO 80108-3627 |
| Kroff Chemical Company, Inc.<br>1 North Shore Center<br>Suite 450<br>12 Federal Street<br>Pittsburgh, PA 15212-5753 | Lauren Miller<br>49 W 74th Street Phr<br>New York, NY 10023-2494 | Levi Duncan<br>17007 Mooresville Rd.<br>Mooresville, NC 28115-6938 |
| Liam Newman<br>3919 Arbor Lane<br>Charlotte, NC 28209-2151 | Linda Knight<br>4527 Gaynor Rd., Unit 101<br>Charlotte, NC 28211-3084 | Lindenmeyr Munroe<br>805 S. Briggs Ave<br>Asheboro, NC 27203 |
| Lisa Marie Maloney Fox Trust<br>75 Chantilly Drive<br>Asheville, NC 28804-0018 | M2 Lease Funds, LLC<br>175 N Patrick Blvd<br>Ste 140<br>Brookfield, WI 53045-5811 | Main Street Coffee & Yogurt<br>26 East Main St.<br>Franklin. NC 28734-3026 |
| Manish Patel<br>220 Camino Real Road<br>Mooresville, NC 28117-9638 | Mark Leo<br>224 W. Bland St.<br>Charlotte, NC 28203-4104 | McKee Group<br>9311 Standerwick Ln.<br>Cornelius, NC 28031 |

| | | |
|---|---|---|
| Mecklenburg County Tax Collector<br>PO Box 31457<br>Charlotte, NC 28231-1457 | Michael D. Mueller, Esq.<br>Williams Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond, VA 23219-4061 | Morton Motor Express<br>PO Box 349<br>Clemmons, NC 27012-0349 |
| NC Dept of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0100 | Nationwide Testing & Association, inc.<br>727 N. Broad St.<br>Mooresville, NC 28115 | New Sarum Brewing Co., LLC<br>Attn: Jennifer B. Lyday<br>370 Knollwood St, Ste 600<br>Winston-Salem, NC 27103-1864 |
| New Sarum Brewing Company<br>109 N. Lee St.<br>Salisbury, NC 28144-5033 | NewCo<br>1545 US 202<br>Pomona, NY 10970-2951 | NewCo Capital Group VI LLC<br>1545 Route 202 Suite 101<br>Pomona, NY 10970-2951 |
| North Carolina Department of Revenue<br>Bankruptcy Unit<br>P O Box 1168<br>Raleigh, NC 27602-1168 | OMG Vitality<br>6325 Beecher Dr.<br>Charlotte, NC 28215-2313 | Olivia Wolff<br>908 Fugate Avenue<br>908 Fugate Avenue<br>Charlotte, NC 28205-7012 |
| Optimum<br>PO Box 70340<br>Philadelphia, PA 19176-0340 | Orpheus Brewing<br>1440 Dutch Valley PL NE<br>Atlanta, GA 30324-5371 | Orpheus Brewing<br>275 Hampton Terrace NE<br>Atlanta, GA 30307-2317 |
| Orpheus Brewing Company, LLC<br>275 HAMPTON TER NE<br>Atlanta, GA 30307-2317 | Parker Poe<br>620 S. Tryon St.,<br>Suite 800<br>Charlotte, NC 28202-1842 | Patrick Edward Fox Trust<br>75 Chantilly Drive<br>Asheville, NC 28804-0018 |
| Patrick Flaherty<br>21424 Old Canal Street<br>Cornelius, NC 28031-8860 | Patrick Harper Dixon<br>PO Box 218<br>Hickory, NC 28603-0218 | Penske Truck Leasing<br>P.O. Box 532658<br>Atlanta, GA 30353-2658 |
| Petainer<br>601CC Gurien Dr.<br>Troy, TN 38260 | Pete Springer<br>18502 Green Knoll Trace<br>Davidson, NC 28036-7869 | Philadelphia Inusrance Companies<br>One Bala Plaza Ste 100<br>Bala Cynwyd, PA 19004-1401 |
| Pontoon Brewing<br>4720 Stone Drive<br>Suite A<br>Tucker, GA 30084-6621 | Republic Services<br>4062 Section House Rd<br>Hickory, NC 28601-9393 | Resident Culture Brewing Company<br>2101 Central Ave<br>Charlotte, NC 28205-5203 |
| Robert Abernathy, Jr.<br>1417 Brentwood Dr.<br>Newton, NC 28658-3604 | Robert Abernathy, Sr.<br>P.O. Box 366<br>Newton, NC 28658-0366 | Roberts Oxygen Company, Inc.<br>15830 Redland Rd.<br>Derwood, MD 20855-2292 |

| | | |
|---|---|---|
| Ronald Conklin<br>164 Castile Run Rd.<br>Waynesburg, PA 15370-2720 | Ross S. Friesinger<br>111D Portola Valley Dr.<br>Mooresville, NC 28117-9453 | Ryan McKillen<br>382 NE 191st St. #28469<br>Miami, FL 33179-3899 |
| SBA (eidl)<br>2 North St.<br>Ste 320<br>Birmingham, AL  35203 | SESAC<br>35 Music Square<br>Nashville, TN 37203-4362 | Scioto Sign Co, Inc.<br>6047 US Route 68<br>Kenton, OH 43326-9218 |
| Shane Parker<br>133 Langtree Shore Dr., Apt. 214<br>Mooresville, NC 28117-8742 | SouthState Bank<br>620 South Tryon St.<br>Ste 800<br>Charlotte, NC 28202-1842 | Spectrum Commercial Finance, LLC<br>8120 Penn Ave.<br>Suite 380<br>Minneapolis, MN 55431-5501 |
| Stacy C. Cordes<br>Cordes Law, PLLC<br>1800 East Boulevard<br>Charlotte, NC 28203-5826 | Starr Hill Brewery<br>Michael D. Mueller, Esq.<br>Williams Mullen<br>200 S. 10th Street, Suite 1600<br>Richmond, VA 23219-4061 | Stunning Specimens, LLC<br>c/o R. Gregory Tomchin, Esq.<br>7257 Pineville-Matthews Road, Suite 2100<br>Charlotte, NC 28226-6186 |
| Sunrise Beverage Inc.<br>610 N. Greensboro St.<br>Lexington, NC 27292-2891 | Tarason Packaging<br>1101 Keisler Rd.<br>SE<br>Conover, NC 28613-9348 | Temprano Techvestors<br>P.O. Box 492<br>Sherrills Ford, NC 28673-0492 |
| The Freeman Company, LLC<br>11 Canal Center Plaza<br>Alexandria, VA 22314-1595 | The Hartford<br>PO Box 660916<br>Dallas, TX 75266-0916 | Thusday's Child Trust<br>130 Harry Robinson St.<br>Dallas, NC 28034-8516 |
| (p)US ATTORNEY'S OFFICE WDNC<br>227 W TRADE STREET<br>SUITE 1650<br>CHARLOTTE NC 28202-1698 | U.S. Securities Exchange<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | (p)UNIFI EQUIPMENT FINANCE  INC<br>ATTN JULIE DAILEY<br>801 W ELLSWORTH RD<br>ANN ARBOR MI 48108-3314 |
| UpDog Kombucha<br>908 Fugate Ave<br>Charlotte, NC 28205-7012 | Vandrake Investments, LLC<br>2812 Georgia Rd<br>Franklin, NC 28734 | Victory Packaging<br>19666 West Highway<br>160<br>Fort Mill, SC 29708 |
| W.T. Nickell<br>4360 Winding Creek Blvd<br>Batavia, OH 45103-1729 | Waldrep Wall, Babcock & Bailey<br>370 Knollwood St<br>Ste 600<br>Winston-Salem, North Carolina 27103-1864 | Waves Entertainment<br>19725 Oak St.<br>#9<br>Cornelius, NC 28031-5705 |
| (p)CLARK ASSOCIATES<br>ATTN LEGAL<br>2205 OLD PHILADELPHIA PIKE<br>LANCASTER PA 17602-3400 | Wild Goose Filling<br>633 CTC Blvd<br>Ste 100<br>Louisville, CO 80027-3149 | Will Kanos<br>14404 Old Dobbin Dr.<br>Huntersville, NC 28078-3725 |

| | | |
|---|---|---|
| William L. Esser, IV<br>Parker Poe Adams & Bernstein LLP<br>620 South Tryon Street, Suite 800<br>Charlotte, NC 28202-1842 | Zach Smith<br>4330 Lake Shore Rd. N<br>Denver, NC 28037-9197 | c/o R. Gregory Tomchin, Esq.<br>7257 Pineville-Matthews Road, Suite 2100<br>Charlotte, NC 28226-6186 |
| m2 Equipment Finance LLC<br>20800 Swenson Drive<br>Waukesha, WI 53186-2075 | David Schilli<br>Robinson, Bradshaw & Hinson, P.A.<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246-0106 | John C. Woodman<br>Essex Richards<br>1701 South Boulevard<br>Charlotte, NC 28203-4727 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney's Office<br>Western District of North Carolina<br>227 West Trade Street Suite 1650<br>Charlotte NC | UniFi Equipment Finance Inc.<br>3893 Research Park Dr.<br>Ann Arbor, MI 48108 | Webstaurant Store<br>2205 Old<br>Philadelphia Pike<br>Lancaster, PA 17602 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bristol Two Time Brewery and Taproom, LLC | (u)KDH Ventures, LLC | (u)New Sarum Brewing Co. LLC |
| (u)SouthState Bank, National Association | (u)Starr Hill Brewery, LLC | (d)District 9 Brewing Company<br>9815 Sam Furr<br>Suite J313<br>Huntersville, NC 28078-4979 |
| (d)Fuze Integrated, LLC<br>PO Box 551<br>Midland, NC 28107-0551 | (d)Globaltranz Enterprises, LLC<br>PO Box 203285<br>Dallas, TX 75320-3285 | (d)Google<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 |
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (u)Mark R. Tyson | (u)Mary Bennett |
| (u)Michael Meyer | (d)North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | (d)SESAC<br>35 Music Square<br>Nashville, TN 37203-4362 |

(d)Scioto Sign Co, Inc.
6047 US Route 68
Kenton, OH 43326-9218

(u)Steven M. Grott

(u)Stunning Specimens, LLC

(u)U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington,

(u)Andrew Durstewitz

(u)David Conklin

(u)John Ashcraft

(u)Margaret Van de Ree

End of Label Matrix
Mailable recipients    185
Bypassed recipients     23
Total                  208